# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| In re | § | |
| --- | --- | --- |
| | § | |
| JOHN E. ATKINS, | § | Case No. 18-33591-SHB |
| | § | Chapter 7 |
| Debtor. | § | |

## MOTION TO APPROVE COMPROMISE AND NOTICE OF SALE

### NOTICE OF HEARING

**Notice is hereby given that:**

A hearing will be held on the **Trustee's Motion to Approve Compromise and Notice of Sale** on **Thursday, April 11, 2019** at **9:00 a.m.** in the Bankruptcy Courtroom 1-C, Howard H. Baker, Jr., U.S. Courthouse, 800 Market Street, Knoxville, Tennessee 37902.

<u>**Your rights may be affected.**</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Comes now the Trustee and for his Motion to Approve Compromise and Notice of Sale states as follows:

1. The Movant is the Chapter 7 Trustee in this case.

2. The Debtor listed real property located at 343 Rhodes Rd., New Market, TN ("Real Property") in his petition filed November 26, 2018.  The Real Property consists of two parcels (Parcels 8.01 & 9.00 - see attached Exhibit A - Legal Description).  The property is jointly owned (50/50) with the Debtor's father, Denver Atkins, who also owns the mobile home on the property.  The scheduled value of the real property is $5,000.00.

3. The Trustee's auctioneer assessed the value of the Real Property to between $20,000 - $30,000 (minus the cost to move the mobile home).  There are no known liens on the property.

4. The Trustee has received an offer from the Debtor to settle the estate's interest in the Real Property for $10,000.00 payable over a six (6) month period. The balance will be secured via a Promissory Note. The Real Property shall not be abandoned until said Note is paid in full. If the Debtor fails to make the required payments, the Trustee may auction/sell the estate's interest to recover the balance due.

5. The Trustee believes that $10,000.00 is a fair and reasonable sum to resolve the estate's interest in the Real Property as it would eliminate the additional time and expenses associated with auctioning the property and removing the mobile home and it will allow a dividend to allowed claimants.

WHEREFORE, upon notice and hearing, the Trustee prays that the Court enter an order authorizing the Trustee to enter into the compromise and to sell the estate's interest in the Real Property described herein to the Debtor for $10,000.00 or for such other and further relief to which the Trustee may be entitled.

Dated this 11th day of March, 2019.

/s/ John P. Newton, Jr.
John P. Newton, Jr., Esq.
Attorney for the Trustee
Law Offices of Mayer & Newton
South Tower, Suite S-570
1111 Northshore Drive
Knoxville, Tennessee 37919
(865) 588-5111

CERTIFICATE OF SERVICE

I, John P. Newton, Jr. certify that a true and correct copy of the foregoing Motion to Approve Compromise and Notice of Sale along with the Proposed Order has been served on the following via Electronic Case Filing (ECF) and/or U.S. Mail (with sufficient postage to insure delivery) on this the 11th day of March, 2019.

Tiffany DiIorio (ECF)  
Office of the U.S. Trustee

Brent S. Snyder, Esq. (ECF)  
Attorney for Debtor

**See attached mailing matrix (USM)**

/s/ John P. Newton, Jr.
John P. Newton, Jr., Esq.

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | PRA Receivables Management,<br>PO Box 41021<br>Norfolk, VA 23541-1021 | BMO<br>PO Box 71951<br>Chicago, IL 60694-1951 |
| BMO Harris Bank, N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | Belk<br>PO Box 530940<br>Atlanta, GA 30353-0940 |
| Best Buy<br>PO Box 9001007<br>Louisville, KY 40290-1007 | Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 | Cooperative Financial<br>180 Old Nashville Hwy<br>La Vergne, TN 37086-2813 |
| David's Tire<br>4625 Rutledge Pike<br>Knoxville, TN 37914-3201 | Discover<br>PO Box 6105<br>Carol Stream, IL 60197-6105 | FNB Equipment Finance<br>1853 Hwy 315<br>Pittston, PA 18640-6101 |
| First Tennessee Bank<br>PO Box 385<br>Memphis, TN 38101-0385 | Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 | Home Federal Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| J&DA Trucking, LLC<br>PO Box 174<br>New Market, TN 37820-0174 | JB&B Capital<br>1111 Northshore Dr<br>P-270<br>Knoxville, TN 37919-2801 | JC Penney<br>PO Box 965009<br>Orlando, FL 32896-5009 |
| Lowe's<br>PO Box 30914<br>Atlanta, GA 30353-0914 | Lowe's<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Rogers Petroleum<br>PO Box 1714<br>Morristown, TN 37816-1714 |
| Sam's Club<br>PO Box 965004<br>Orlando, FL 32896-5004 | Sears<br>PO Box 78051<br>Phoenix, AZ 85062-8051 | TN Dept. of Revenue<br>c/o Tennessee Attorney<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |
| U.S. Department of Justice<br>Tax Division, CTS Eastern Reg.<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044-0227 | Worldwide Equipment<br>6614 Wilbanks Rd<br>Knoxville, TN 37912-1313 | John Eric Atkins<br>332 Rhodes Rd<br>New Market, TN 37820-4809 |